# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THOMAS GILBERT,<br>　　　　PLAINTIFF,<br><br>V.<br><br>(2) MENU MAKER FOODS, INC,<br>　　　　DEFENDANT. | )<br>)<br>)<br>)　Case No. 15-CV-240-JED-TLW<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Thomas Gilbert, by and through his attorney of record, Tim Gilpin, and Defendant, Menu Maker Foods, Inc., by and through its attorneys of record, Courtney Bru and Josh Solberg of McAfee & Taft, hereby stipulate and agree that this action be Dismissed with Prejudice. The parties shall bear their respective costs, including any possible attorney fees or other expense of this litigation.　Dated this 21st day of September, 2015.

Respectfully Submitted,

/s/ Tim Gilpin

_____
Tim Gilpin, OBA #11844
Gilpin Law Office
1874 S. Boulder
Tulsa, OK 74119
(918) 583-8900 telephone
(918) 796-5724 fax
Attorney for Plaintiff

AND

926299.1:810403:01915

- 2 -

        *s/Joshua W. Solberg*
(*filed with permission by Joshua W. Solberg*)
Courtney Bru, OBA 21115
Joshua W. Solberg, OBA 222308
McAfee & Taft
1717 S. Boulder, Suite 900
Tulsa, OK 74119
**Attorney for Defendant**

## CERTIFICATE OF ELECTRONIC MAILING

    I hereby certify that on the 21st day of September 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registered ECF registrants, including:

courtney.bru@mcafeetaft.com
josh.solberg@mcafeetaft.com

926299.1:810403:01915